# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS
HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;
LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA;
LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and
LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN
CALIFORNIA,      V.

MELINDA SWAFFORD, Individually; MELINDA
SWAFFORD, Individually and doing business as
SWAFFORD SWEEPING, and SWAFFORD SWEEPING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08  0892  CW

TO: (Name and address of defendant)

MELINDA SWAFFORD, Individually
4340 Empire Ave.
Oakley, CA 94561

SWAFFORD SWEEPING
4340 Empire Ave.
Oakley, CA 94561

MELINDA SWAFFORD, Individually
and doing business as SWAFFORD SWEEPING
4340 Empire Ave., Oakley, CA 94561

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry E. Hinkle, Bar No. 071223
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Phone: (510) 337-1001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

FEB 1 1 2008

DATE _____

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐  Served Personally upon the Defendant. Place where served: _____

    _____

    ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
        Name of person with whom the summons and complaint were left:

    ☐  Returned unexecuted:

    Other *(specify)*:    S E E  A T T A C H E D

                      P R O O F S  O F  S E R V I C E

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                  Date                                                    *Signature of Server*

                                                                               _____
                                                                               *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>BARRY E. HINKLE - SBN # 071223<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME)   THE BOARD OF TRUSTEES ET AL | REFERENCE NUMBER<br>0A274251-06 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES ET AL vs. MELINDA SWAFFORD, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV080892CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; LOCATION GUIDE TO COURT OFFICES

**Name of Defendant:** SWAFFORD SWEEPING
**Person Served:** JANE DOE
**Title:** COMPETENT ADULT

**Date of Delivery:** 04/03/08
**Time of Delivery:** 08:00 pm

**Place of Service:** 4340 EMPIRE AVE
OAKLEY, CA 94561                                            (Other)

**Date of Mailing:** 04/07/08
**Place of Mailing:** STOCKTON

**Physical Description:**
| AGE: | 50 | HAIR: | BROWN | HEIGHT: | 5'6" | RACE: | C |
| SEX: | F | EYES: | | WEIGHT: | 160LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  ☐ Federal Rules of Civil Procedure
**Fee for service:** $ 46.22
                    X   California Code of Civil Procedure

[X] Registered: ALAMEDA County,
Number: 822
**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728                Client File # LBTNCAA-117117
559-233-1475
30C/0A274251-06                 PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: April 11, 2008
at: Stockton, California.
Signature: /s/
Name: CLARENCE E. RANDOLPH
Title: INDEPENDANT REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>BARRY E. HINKLE - SBN # 071223<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA  94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME):    THE BOARD OF TRUSTEES ET AL | REFERENCE NUMBER<br>0A274251-06 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES ET AL vs. MELINDA SWAFFORD, ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV080892CW |
|---|---|---|---|---|

**I received the within process on February 19, 2008 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.**

    **Name:**    SWAFFORD SWEEPING

    **Business:**    4340 EMPIRE AVE.
                     OAKLEY, CA 94561

**As enumerated below:**

| Date | Time | Description |
|---|---|---|
| 03/28/08 | 01:50 pm | GIVEN BUSINESS ADDRESS IS A RESIDENCE. ATTEMPTED SERVICE AT RESIDENCE, NO RESPONSE. |
| 03/30/08 | 05:10 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 04/03/08 | 08:00 pm | SERVEE NOT HOME PER JANE DOE. |
| 04/03/08 | 08:00 pm | SUBSTITUTED SERVICE |

**Fee for service:**   $  46.22

[X] Registered: ALAMEDA County
Number: 822
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
330/0A274251-06

Client File # LBTNCAA-117117

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: April 11, 2008
at: Stockton, California.

Signature: _____
Name: CLARENCE E. RANDOLPH
Title: INDEPENDANT REGISTERED PROCESS SERVER

DECLARATION OF DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>BARRY E. HINKLE - SBN # 071223<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME): THE BOARD OF TRUSTEES ET AL | REFERENCE NUMBER<br>0A274251-05 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THE BOARD OF TRUSTEES ET AL vs. MELINDA SWAFFORD, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV080892CW |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; LOCATION GUIDE TO COURT OFFICES

**Name of Defendant:** MELINDA SWAFFORD, INDIVIDUALLY AND DOING BUSINESS AS SWAFFORD SWEEPING
**Person Served:** JANE DOE
**Title:** COMPETENT MEMBER OF HOUSEHOLD

**Date of Delivery:** 04/03/08
**Time of Delivery:** 08:00 pm

**Place of Service:** 4340 EMPIRE AVE
OAKLEY, CA 94561                                       (Residence)

**Date of Mailing:** 04/07/08
**Place of Mailing:** STOCKTON

**Physical Description:**
| AGE: | 50 | HAIR: | BROWN | HEIGHT: | 5'6" | RACE: | C |
| SEX: | F | EYES: | | WEIGHT: | 160LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:** ☐ Federal Rules of Civil Procedure
**Fee for service:** $ 46.22
                    ☒ California Code of Civil Procedure

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on: April 11, 2008
at: Stockton, California.

Registered: ALAMEDA County,
Number: 822

Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/0A274251-05

Client File # LBTNCAA-117117

PROOF OF SERVICE

Signature:
Name: CLARENCE E. RANDOLPH
Title: INDEPENDANT REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>BARRY E. HINKLE - SBN # 071223<br>1001 MARINA VILLAGE PARKWAY, STE. 200<br>ALAMEDA, CA 94501-1091 | (510) 337-1001 | |
| ATTORNEY FOR (NAME):   THE BOARD OF TRUSTEES ET AL | REFERENCE NUMBER<br>0A274251-05 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES ET AL vs. MELINDA SWAFFORD, ET AL | | |
| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV080892CW |

**I received the within process on February 19, 2008 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.**

    Name:      MELINDA SWAFFORD, INDIVIDUALLY AND DOING BUSINESS AS
               SWAFFORD SWEEPING

    Business:  4340 EMPIRE AVE.
               OAKLEY, CA 94561

**As enumerated below:**

| | | |
|---|---|---|
| 03/28/08 | 01:50 pm | GIVEN BUSINESS ADDRESS IS A RESIDENCE. ATTEMPTED SERVICE AT RESIDENCE, NO RESPONSE. |
| 03/30/08 | 05:10 pm | ATTEMPTED SERVICE AT GIVEN RESIDENCE ADDRESS, NO RESPONSE. |
| 04/03/08 | 08:00 pm | SERVEE NOT HOME PER JANE DOE. |
| 04/03/08 | 08:00 pm | SUBSTITUTED SERVICE |

**Fee for service:**   $ 46.22

---

[X] Registered: ALAMEDA County,
    Number: 822

**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
330/0A274251-05

Client File # LBTNCAA-117117

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: April 11, 2008
at: Stockton, California.

Signature: _____
Name: CLARENCE E. RANDOLPH
Title: INDEPENDANT REGISTERED PROCESS SERVER

DECLARATION OF DILIGENCE