1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their          ) No.    CV 08-0892 CW
   capacities as Trustees of the LABORERS   )
12 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA;                 )
13 LABORERS VACATION-HOLIDAY TRUST          ) **EX PARTE APPLICATION FOR**
   FUND FOR NORTHERN CALIFORNIA;            ) **CONTINUANCE OF CASE**
14 LABORERS PENSION TRUST FUND FOR          ) **MANAGEMENT CONFERENCE**
   NORTHERN CALIFORNIA; and LABORERS        )
15 TRAINING AND RETRAINING TRUST            )
   FUND FOR NORTHERN CALIFORNIA,            )
16                                          )
                Plaintiffs,                 )
17                                          )
          v.                                )
18                                          )
   MELINDA SWAFFORD, Individually;          )
19 MELINDA SWAFFORD, Individually and       )
   doing business as SWAFFORD SWEEPING,     )
20 and SWAFFORD SWEEPING,                   )
                                            ))
21              Defendants.                 )

22

23 **TO:   THE CLERK OF THE COURT AND DEFENDANTS MELINDA SWAFFORD,**

   **Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD**
24
   **SWEEPING, and SWAFFORD SWEEPING:**
25
          Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case
26
   management conference scheduled for June 17, 2008 be continued for 60 days.  Plaintiffs have
27
   been unable to serve the Defendants in this action, despite numerous attempts.  The Complaint in
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

 Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. CV 08-0892 CW

1  this matter was filed on February 11, 2008.  The process server attempted to serve the Summons

2  and Complaint on the Defendants beginning in February, but the address on file was no longer

3  valid.  Thereafter, we attempted service at a personal address for Melinda Swafford twice in late

4  March and again in early April.

5      On April 3, 2008, Defendants were served via substituted service.  The proofs of service

6  evidencing the substituted service were filed with the Court on April 17, 2008.  Thereafter, we

7  received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford was

8  not to be found at that location.

9      Since then, our office has attempted service at an alternative address located in Martinez,

10  CA.  However, the female who answered the door at that address would not identify herself and

11  stated that she did not know where Melinda Swafford was located.  We have since requested that

12  the process server perform a trace for this individual in a further attempt to locate her.

13      Based on the above, Plaintiffs respectfully request that the initial case management

14  conference scheduled for June 17, 2008 be continued for 60 days to allow us to attempt service at

15  an alternative address(es).  The above stated facts are set forth in the accompanying declaration of

16  Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management

17  Conference, filed herewith.

18  Dated: June 12, 2008

19                                  WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

20

21                                  By:    /s/
                                           CONCEPCIÓN E. LOZANO-BATISTA
22                                         Attorneys for Plaintiffs

    117117/496522

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

 Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. CV 08-0892 CW

1   BARRY E. HINKLE, Bar No. 071223
    PATRICIA A. DAVIS, Bar No. 179074
2   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          ) No.    CV 08-0892 CW
    capacities as Trustees of the LABORERS   )
12  HEALTH AND WELFARE TRUST FUND            )
    FOR NORTHERN CALIFORNIA;                 )
13  LABORERS VACATION-HOLIDAY TRUST          ) **(Proposed)_ORDER ON**
    FUND FOR NORTHERN CALIFORNIA;            ) **EX PARTE APPLICATION FOR**
14  LABORERS PENSION TRUST FUND FOR          ) **CONTINUANCE OF CASE**
    NORTHERN CALIFORNIA; and LABORERS        ) **MANAGEMENT CONFERENCE**
15  TRAINING AND RETRAINING TRUST            )
    FUND FOR NORTHERN CALIFORNIA,            )
16                                           )
                 Plaintiffs,                 )
17                                           )
             v.                              )
18                                           )
    MELINDA SWAFFORD, Individually;          )
19  MELINDA SWAFFORD, Individually and       )
    doing business as SWAFFORD SWEEPING,     )
20  and SWAFFORD SWEEPING,                   )
                                             ))
21               Defendants.                 )

22  _____

23            **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

24          Based upon the foregoing Ex Parte Application for Continuance of Case Management

25  Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to

26  Continue Case Management Conference, the Court orders a continuance of the case management

27

28
WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1    conference for 60 days, or as soon thereafter as a court date is available.  In addition, the

2    Court Orders:

3

4

5    Dated:

_____

6    The Honorable Claudia Wilken
     United States District Court Judge

7    117117/496572

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          ) No.    CV 08-0892 CW
    capacities as Trustees of the LABORERS    )
12  HEALTH AND WELFARE TRUST FUND             )
    FOR NORTHERN CALIFORNIA;                  )
13  LABORERS VACATION-HOLIDAY TRUST           ) **DECLARATION OF CONCEPCIÓN E.**
    FUND FOR NORTHERN CALIFORNIA;             ) **LOZANO-BATISTA IN SUPPORT OF**
14  LABORERS PENSION TRUST FUND FOR           ) **EX PARTE APPLICATION TO**
    NORTHERN CALIFORNIA; and LABORERS         ) **CONTINUE CASE MANAGEMENT**
15  TRAINING AND RETRAINING TRUST             ) **CONFERENCE**
    FUND FOR NORTHERN CALIFORNIA,             )
16                                            )
                    Plaintiffs,               )
17                                            )
            v.                                )
18                                            )
    MELINDA SWAFFORD, Individually;           )
19  MELINDA SWAFFORD, Individually and        )
    doing business as SWAFFORD SWEEPING,      )
20  and SWAFFORD SWEEPING,                    )
                                              ))
21                  Defendants.               )
    _____

22

23          I, CONCEPCIÓN E. LOZANO-BATISTA, declare as follows:

24          1.      I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001

25  Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for Plaintiffs

26  in this matter.  I have knowledge of the facts stated in this Declaration and I could and would

27  testify competently thereto.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for Continuance of Case
Management Conference
Case No. CV 08-0892 CW

2.    Plaintiffs have been unable to serve Defendants, Melinda Swafford, Individually; Melinda Swafford, Individually and doing business as Swafford Sweeping, and Swafford in this action.

3.    The Complaint in this matter was filed on February 11, 2008.

4.    The process server attempted to serve the Summons and Complaint on the Defendants beginning in February, but the address on file was no longer valid.  Thereafter, we attempted service at a personal address for Melinda Swafford twice in late March and again in early April.

5.    On April 3, 2008, Defendants were served via substituted service.  The proofs of service evidencing the substituted service were filed with the Court on April 17, 2008.  Thereafter, we received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford was not to be found at that location.

6.    Since that time, our office has attempted service at an alternative address located in Martinez, CA.  However, the female who answered the door at that address would not identify herself and stated that she did not know where Melinda Swafford was located.  We have since requested that the process server perform a trace for this individual in a further attempt to locate her.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 12, 2008

//s//
CONCEPCIÓN E. LOZANO-BATISTA

117117/496531

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for Continuance of Case
Management Conference
Case No. CV 08-0892 CW