1 | BARRY E. HINKLE, Bar No. 071223
2 | PATRICIA A. DAVIS, Bar No. 179074
| CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
| WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation
| 1001 Marina Village Parkway, Suite 200
4 | Alameda, California 94501-1091
| Telephone 510.337.1001
5 | Fax 510.337.1023

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | No. CV 08-0892 CW |
|---|---|
| | **ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | |
| MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING, | |
| Defendants. | |

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1  conference **to August 19, 2008, at 2:00 p.m.**

2

3  Dated: 6/16/08

   _____
4  The Honorable Claudia Wilken
   United States District Court Judge

5  117117/496572

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -