1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING,<br><br>Defendants. | No.   CV 08-0892 CW<br><br>**EX PARTE APPLICATION FOR SERVICE BY PUBLICATION** |

**TO: THE CLERK OF THE COURT AND DEFENDANTS MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING:**

Pursuant to California Rules of Civil Procedure 415.50, Plaintiffs hereby request service by publication. Plaintiffs have been unable to serve the Defendants in this action, despite numerous attempts. The Complaint in this matter was filed on February 11, 2008. The process server

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Ex Parte Application for Service by Publication; (Proposed) Order
Case No. CV 08-0892 CW

attempted to serve the Summons and Complaint on the Defendants beginning in February, but the address on file was no longer valid.  Thereafter, we attempted service at a personal address for Melinda Swafford twice in late March, in early April and again in June.

On April 3, 2008, Defendants were served via substituted service.  The proofs of service evidencing the substituted service were filed with the Court on April 17, 2008.  Thereafter, we received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford was not to be found at that location.

Our office has attempted service at an alternative address located in Martinez, CA.  However, the female who answered the door at that address would not identify herself and stated that she did not know where Melinda Swafford was located.  We have since requested that the process server perform a trace for this individual in a further attempt to locate her.

Since then, our office has attempted service at another address located in Martinez, CA.  However, the person who answered the door at that address stated Ms. Swafford moved out about two years ago.

Based on the above, Plaintiffs respectfully request the court issue an order allowing service by publication.  The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for Service by Publication filed herewith.

Dated: August 6, 2008

                WEINBERG, ROGER & ROSENFELD  
                A Professional Corporation

                By:   /s/  
                      CONCEPCIÓN E. LOZANO-BATISTA  
                      Attorneys for Plaintiffs

117117/502046

- 2 -

Ex Parte Application for Service by Publication; (Proposed) Order  
Case No. CV 08-0892 CW

**WEINBERG, ROGER & ROSENFELD**  
A Professional Corporation  
1001 Marina Village Parkway  
Suite 200  
Alameda, CA  94501-1091  
510.337.1001