1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their          ) No.      CV 08-0892 CW
    capacities as Trustees of the LABORERS    )
12  HEALTH AND WELFARE TRUST FUND            )
    FOR NORTHERN CALIFORNIA;                  )
13  LABORERS VACATION-HOLIDAY TRUST          ) **DECLARATION OF CONCEPCIÓN E.**
    FUND FOR NORTHERN CALIFORNIA;             ) **LOZANO-BATISTA IN SUPPORT OF**
14  LABORERS PENSION TRUST FUND FOR          ) **EX PARTE APPLICATION FOR**
    NORTHERN CALIFORNIA; and LABORERS         ) **SERVICE BY PUBLICATION**
15  TRAINING AND RETRAINING TRUST            )
    FUND FOR NORTHERN CALIFORNIA,             )
16                                            )
              Plaintiffs,                     )
17                                            )
         v.                                   )
18                                            )
    MELINDA SWAFFORD, Individually;           )
19  MELINDA SWAFFORD, Individually and        )
    doing business as SWAFFORD SWEEPING,      )
20  and SWAFFORD SWEEPING,                    )
                                              )
21            Defendants.                     )
    _____  )
22

23       I, CONCEPCIÓN E. LOZANO-BATISTA, declare as follows:

24       1.      I am an associate in the law firm of Weinberg, Roger & Rosenfeld, located at 1001

25  Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for Plaintiffs

26  in this matter.  I have knowledge of the facts stated in this Declaration and I could and would

27  testify competently thereto.

28       2.      Plaintiffs have been unable to serve Defendants, Melinda Swafford, Individually;

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for  Service by Publication
Case No. CV 08-0892 CW

1   Melinda Swafford, Individually and doing business as Swafford Sweeping, and Swafford in this

2   action.

3        3.      The Complaint in this matter was filed on February 11, 2008.

4        4.      The process server attempted to serve the Summons and Complaint on the

5   Defendants beginning in February, but the address on file was no longer valid.  Thereafter, we

6   attempted service at a personal address for Melinda Swafford twice in late March and again in

7   early April.

8        5.      On April 3, 2008, Defendants were served via substituted service.  The proofs of

9   service evidencing the substituted service were filed with the Court on April 17, 2008.  Thereafter,

10  we received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford

11  was not to be found at that location.

12       6.      Our office has attempted service at an alternative address located in Martinez, CA.

13  However, the female who answered the door at that address would not identify herself and stated

14  that she did not know where Melinda Swafford was located.  We have since requested that the

15  process server perform a trace for this individual in a further attempt to locate her.

16       7.      Since then, our office has attempted service at another address located in Martinez,

17  CA.  However, the person who answered the door at that address stated Ms. Swafford moved out

18  about two years ago.

19       8.      Attached as Exhibit A are copies of service instructions to Rapid Legal.

20       I declare under penalty of perjury that the foregoing is true and correct.

21

22  Dated:  August 6, 2008

23                                      //s//_____
                                        CONCEPCIÓN E. LOZANO-BATISTA

24  117117/502056

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for  Service by Publication
Case No. CV 08-0892 CW

**WEINBERG, ROGER & ROSENFELD**
**A Professional Corporation**
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA 94501-1091**
**Voice: 510.337.1001**
**Fax: 510.337.1023**

**TO RAPID, VIA FAX, SKIP TRACE INSTRUCTIONS**
**ATTN: DREW**

| | |
|---|---|
| **DATE** | June 6, 2008 |
| **CASE NAME** | *The Board of Trustees, et al. v. Melinda Swafford, et al.* |
| **COURT** | United States District Court, Northern District of California<br>Oakland Federal Building<br>1301 Clay Street, Oakland, CA 94612 |
| **DOCKET NO.** | **CV 08 0892 CW** |
| **CLIENT ID-**<br>**MATTER NO.** | LBTNCAA-117117 |
| **RETURN JOB TO** | Karen Scott, Ext. 159 |
| **INSTRUCTIONS** | **Please do a skip trace and find current address for MELINDA SWAFFORD.**<br>**Melinda Swafford is now married and her name is MELINDA RENAE DARRAH.** |

**SSN: 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**
**DOB: 1/15/70**
**Phone: (925) 382-4149**

**Last Address:**
**204 Santos Ranch Ct.**
**Martinez, CA 94553** (Service was attempted and woman answered door, would not identify herself, and said she doesn't know where Melinda Swafford is.)

**4340 Empire Ave.**
**Oakley, CA 94561**
**Phone: (925) 382-4149**
(This is Melinda Swafford's FATHER's address. His name is Melburne Swafford. This is also Melinda Swafford's former address. Service was attempted at this address. Mel Swafford said she doesn't live there and we "can find her" ourselves.)

Melinda Swafford's business is **SWAFFORD SWEEPING**.

**Alternate Address/Business:**
**M & L Underground Construction**
**2025 E. Leland Rd.**
**Pittsburg, CA 94565**

**Note: Personal service of Summons & Complaint has been attempted at all of the addresses listed.**

**Call me with any questions. Thank you.**

1


**EXHIBIT** A

# WEINBERG, ROGER & ROSENFELD
### A Professional Corporation
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA  94501-1091**
**Voice: 510.337.1001**
**Fax: 510.337.1023**

# TO RAPID, VIA POUCH, FOR PERSONAL SERVICE.
# PLEASE SERVE ASAP--RUSH.

| | |
|---|---|
| **DATE** | June 18, 2008 |
| **CASE NAME** | *The Board of Trustees, et al. v. Melinda Swafford, et al.* |
| **COURT** | United States District Court<br>Northern District of California<br>Oakland Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
| **DOCKET NO.** | **CV 08 0892 CW** |
| **CLIENT ID-MATTER NO.** | LBTNCAA-117117 |
| **RETURN JOB TO** | Karen Scott, Ext. 159 |
| **INSTRUCTIONS** | PLEASE PERSONALLY SERVE: |

1. Complaint;
2. Civil Cover Sheet;
3. Summons;
4. ECF Registration Information Handout;
5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
6. Order Setting Initial Case Management Conference and ADR Deadlines;
7. Location Guide to Court Offices;
8. Order on Ex Parte Application for Continuance of Case Management Conference.

**MELINDA SWAFFORD, Individually (aka Melinda Darrah)**
1965 Franklin Canyon Rd.
Martinez, CA 94553-9624

**MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING**
1965 Franklin Canyon Rd.
Martinez, CA 94553-9624

**SWAFFORD SWEEPING¶**
1965 Franklin Canyon Rd.
Martinez, CA 94553-9624

Please return executed Proofs of Personal Service to our office, to my attention.  Call me with any questions.  Thank you for your assistance.

# WEINBERG, ROGER & ROSENFELD
### A Professional Corporation
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA  94501-1091**
**Voice: 510.337.1001**
**Fax: 510.337.1023**

# TO RAPID, VIA POUCH, FOR PERSONAL SERVICE.
# PLEASE SERVE ASAP--RUSH.

| | |
|---|---|
| **DATE** | June 26, 2008 |
| **CASE NAME** | *The Board of Trustees, et al. v. Melinda Swafford, et al.* |
| **COURT** | United States District Court<br>Northern District of California<br>Oakland Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 |
| **DOCKET NO.** | **CV 08 0892 CW** |
| **CLIENT ID-MATTER NO.** | LBTNCAA-117117 |
| **RETURN JOB TO** | Karen Scott, Ext. 159 |
| **INSTRUCTIONS** | PLEASE PERSONALLY SERVE: |

1. Complaint;
2. Civil Cover Sheet;
3. Summons;
4. ECF Registration Information Handout;
5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
6. Order Setting Initial Case Management Conference and ADR Deadlines;
7. Location Guide to Court Offices;
8. Order on Ex Parte Application for Continuance of Case Management Conference.

**MELINDA SWAFFORD, Individually (aka Melinda Darrah)**
4170 Cabrilho Dr.
Martinez, 94553

**MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING**
4170 Cabrilho Dr.
Martinez, 94553

**SWAFFORD SWEEPING¶**
4170 Cabrilho Dr.
Martinez, 94553

Please return executed Proofs of Personal Service to our office, to my attention.  Call me with any questions.  Thank you for your assistance.

1