1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their         ) No.    CV 08-0892 CW
   capacities as Trustees of the LABORERS  )
12 HEALTH AND WELFARE TRUST FUND           )
   FOR NORTHERN CALIFORNIA;                )
13 LABORERS VACATION-HOLIDAY TRUST         ) **[PROPOSED] ORDER ON**
   FUND FOR NORTHERN CALIFORNIA;           ) **EX PARTE APPLICATION FOR**
14 LABORERS PENSION TRUST FUND FOR         ) **SERVICE BY PUBLICATION**
   NORTHERN CALIFORNIA; and LABORERS       )
15 TRAINING AND RETRAINING TRUST           )
   FUND FOR NORTHERN CALIFORNIA,           )
16                                          )
            Plaintiffs,                     )
17                                          )
         v.                                 )
18                                          )
   MELINDA SWAFFORD, Individually;         )
19 MELINDA SWAFFORD, Individually and      )
   doing business as SWAFFORD SWEEPING,    )
20 and SWAFFORD SWEEPING,                  )
                                            )
21          Defendants.                     )
   _____  )
22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1

## ORDER FOR SERVICE BY PUBLICATION

2        Based upon the foregoing Ex Parte Application for Service by Publication and Declaration

3   of Concepción E. Lozano-Batista in Support of Ex Parte Application for Service for Publication,

4   the Court orders Service by Publication of Summons in the Contra Costa Times pursuant to

5   California Civil Procedure Section 415.50(b)(c).

6   Dated:                    _____

7                              The Honorable Claudia Wilken
                             United States District Court Judge

8

117117/502043

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR SERVICE BY PUBLICATION