BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING,<br><br>　　　　Defendants. | No.　CV 08-0892 CW<br><br>**ORDER ON EX PARTE APPLICATION FOR SERVICE BY PUBLICATION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER ON EX PARTE APPLICATION FOR SERVICE BY PUBLICATION

## ORDER FOR SERVICE BY PUBLICATION

Based upon the foregoing Ex Parte Application for Service by Publication and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application for Service for Publication, the Court orders Service by Publication of Summons in the Contra Costa Times pursuant to California Civil Procedure Section 415.50(b)(c).

Dated: 8/11/08

The Honorable Claudia Wilken
United States District Court Judge

117117/502043