BARRY E. HINKLE, Bar No. 071223
JAMES J. WESSER, Bar No. 142416
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING,<br><br>Defendants. | No.    CV 08-0892 CW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

TO:    THE CLERK OF THE COURT AND DEFENDANTS MELINDA SWAFFORD,

Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD

SWEEPING, and SWAFFORD SWEEPING:

        Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the case management

conference scheduled for August 19, 2008 be continued for 60 days. Plaintiffs have been unable to

serve the Defendants in this action, despite numerous attempts. The Complaint in this matter was

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

EX PARTE APP F/CONTIN OF CMC & EXTENS OF TIME F/SVC OF PROCESS    CASE NO. CV 08-0892 CW

1   filed on February 11, 2008. The process server attempted to serve the Summons and Complaint on

2   the Defendants beginning in February, but the address on file was no longer valid. Thereafter, we

3   attempted service at a personal address for Melinda Swafford twice in late March and again in

4   early April.

5          On April 3, 2008, Defendants were served via substituted service. The proofs of service

6   evidencing the substituted service were filed with the Court on April 17, 2008. Thereafter, we

7   received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford was

8   not to be found at that location.

9          Since then, our office has attempted service at an alternative address located in Martinez,

10  CA. However, the female who answered the door at that address would not identify herself and

11  stated that she did not know where Melinda Swafford was located. We have since requested that

12  the process server perform a trace for this individual in a further attempt to locate her.

13         Plaintiffs have just received the Court's Order, dated August 11, 2008, permitting service

14  by publication in this case and counsel is conferring with its clients as to going forward with

15  publication. In addition, Plaintiffs' counsel, Ms. Concepción E. Lozano-Batista is currently on a

16  scheduled vacation.

17         Based on Plaintiffs' diligent efforts shown above, Plaintiffs respectfully request that the

18  case management conference scheduled for August 19, 2008 be continued for 60 days to allow us

19  to attempt service by publication and to extend time for service of process. The above stated facts

20  are set forth in the accompanying declaration of James J. Wesser in Support of Ex Parte

21  Application to Continue Case Management Conference, filed herewith.

22         The resources of the Court and Plaintiffs will be better served by a continuance of this Case

23  Management Conference.

24  //

25  //

26  //

27  //

28  //

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 2 -
EX PARTE APP F/CONTIN OF CMC & EXTENS OF TIME F/SVC OF PROCESS    CASE NO. CV 08-0892 CW

Dated: August 19, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ James J. Wesser
     JAMES J. WESSER
     Attorneys for Plaintiffs

117117/503097

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510-337-1001

EX PARTE APP F/CONTIN OF CMC & EXTENS OF TIME F/SVC OF PROCESS    CASE NO. CV 08-0892 CW