BARRY E. HINKLE, Bar No. 071223
JAMES J. WESSER, Bar No. 142416
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING,<br><br>Defendants. | No.   CV 08-0892 CW<br><br>**DECLARATION OF JAMES J. WESSER IN SUPPORT OF EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

I, JAMES J. WESSER, declare as follows:

1.   I am a member of the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California, 94501-1091, the attorneys for Plaintiffs in this matter. I have personal knowledge of the facts stated in this Declaration except for those matters alleged upon information and belief and as to those matters, I believe them to be true. If

---

DEC OF J.J. WESSER ISO EX PARTE APP TO CONT CMC & EXT OF TIME F/SVC OF PROCESS
CASE NO. CV 08-0892 CW

called as a witness, I could and would testify as follows. I make this Declaration in support of the Ex Parte Application to Continue the Case Management Conference and Extension of Time for Service of Process.

2. Plaintiffs have been unable to serve Defendants, Melinda Swafford, Individually; Melinda Swafford, Individually and doing business as Swafford Sweeping, and Swafford in this action.

3. The Complaint in this matter was filed on February 11, 2008.

4. The process server attempted to serve the Summons and Complaint on the Defendants beginning in February, but the address on file was no longer valid. Thereafter, we attempted service at a personal address for Melinda Swafford twice in late March and again in early April.

5. On April 3, 2008, Defendants were served via substituted service. The proofs of service evidencing the substituted service were filed with the Court on April 17, 2008. Thereafter, we received a voice mail from a Mel Swafford notifying us that the Defendant Melinda Swafford was not to be found at that location.

6. Since that time, our office has attempted service at an alternative address located in Martinez, CA. However, the female who answered the door at that address would not identify herself and stated that she did not know where Melinda Swafford was located. We have since requested that the process server perform a trace for this individual in a further attempt to locate her.

7. Plaintiffs have just received the Court's Order, dated August 11, 2008, permitting service by publication in this case and counsel is conferring with its clients as to going forward with publication. In addition, Plaintiffs' counsel, Ms. Concepción E. Lozano-Batista is currently on a scheduled vacation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2008

/s/ James J. Wesser
JAMES J. WESSER

117117/503100

- 2 -

DEC OF J.J. WESSER ISO EX PARTE APP TO CONT CMC & EXT OF TIME F/SVC OF PROCESS
CASE NO. CV 08-0892 CW