BARRY E. HINKLE, Bar No. 071223
JAMES J. WESSER, Bar No. 142416
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING,<br><br>Defendants. | No.   CV 08-0892 CW<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME FOR SERVICE OF PROCESS** |

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Conference and Extension of Time for Service of Process, and the Declaration of James J. Wesser in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for 60 days, or as soon thereafter as a court date is

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[PROPOSED] ORDER ON EX PARTE APP F/CONT OF CMC & EXT OF TIME F/SVC OF PROCESS
CASE NO. 08-0892 CW

1 | available and for extension of time for service of process.  In addition, the Court Orders:

2 | Dated: August _____, 2008

> The Honorable Claudia Wilken
> United States District Court Judge

4 | 117117/503102

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337 1001

- 2 -

[PROPOSED] ORDER ON EX PARTE APP F/CONT OF CMC & EXT OF TIME F/SVC OF PROCESS
CASE NO. 08-0892 CW