1  BARRY E. HINKLE, Bar No. 071223
   JAMES J. WESSER, Bar No. 142416
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
5  Telephone 510.337.1001
   Fax 510.337.1023
6
   Attorneys for Plaintiffs
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12 THE BOARD OF TRUSTEES, in their          ) No.   CV 08-0892 CW
   capacities as Trustees of the LABORERS  )
13 HEALTH AND WELFARE TRUST FUND           )
   FOR NORTHERN CALIFORNIA;                )
14 LABORERS VACATION-HOLIDAY TRUST ) **ORDER ON**
   FUND FOR NORTHERN CALIFORNIA;           ) **EX PARTE APPLICATION FOR**
15 LABORERS PENSION TRUST FUND FOR         ) **CONTINUANCE OF CASE**
   NORTHERN CALIFORNIA; and LABORERS ) **MANAGEMENT CONFERENCE AND**
16 TRAINING AND RETRAINING TRUST           ) **EXTENSION OF TIME FOR SERVICE**
   FUND FOR NORTHERN CALIFORNIA,           ) **OF PROCESS**
17                                         )
              Plaintiffs,                  )
18                                         )
         v.                                )
19                                         )
   MELINDA SWAFFORD, Individually;         )
20 MELINDA SWAFFORD, Individually and      )
   doing business as SWAFFORD SWEEPING,    )
21 and SWAFFORD SWEEPING,                  )
                                           ))
22            Defendants.                  )

23              **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

24    Based upon the foregoing Ex Parte Application for Continuance of Case Management

25 Conference and Extension of Time for Service of Process, and the Declaration of James J. Wesser

26 in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a

27 continuance of the case management conference for 60 days, or as soon thereafter as a court date is

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

1  available and for extension of time for service of process.  In addition, the Court Orders:  The Case
2  Management Conference is continued to October 21, 2008, at 2:00 p.m.

3
4  Dated: August _19, 2008

   _____
   The Honorable Claudia Wilken
5  United States District Court Judge

6  117117/503102

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
[PROPOSED] ORDER ON EX PARTE APP F/CONT OF CMC & EXT OF TIME F/SVC OF PROCESS
CASE NO. 08-0892 CW