BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> MELINDA SWAFFORD, Individually; MELINDA SWAFFORD, Individually and doing business as SWAFFORD SWEEPING, and SWAFFORD SWEEPING, <br><br> Defendants. | ) No.     CV 08-0892 CW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **NOTICE OF DISMISSAL WITHOUT** <br> ) **PREJUDICE; REQUEST TO VACATE** <br> ) **CASE MANAGEMENT** <br> ) **CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510 337.1001

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss the above-captioned action *without prejudice*.  Said voluntary dismissal without an order of the Court is appropriate, since none of the Defendants have filed an answer or summary judgment in this matter.

A Case Management Conference has been scheduled for October 21, 2008 at 2:00 p.m. With this Request for Dismissal, Plaintiffs also request that said Case Management Conference be vacated.


Dated: October 13, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CONCEPCION E. LOZANO-BATISTA
Attorneys for Plaintiffs

117117/508775



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Claudia Wilken

NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Notice of Dismissal; Request to Vacate Case Management Conference          Case No. CV 08-0892 CW